LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAMON PEREZ,
Plaintiff

v. C.A. NO. CA 06 378 ML

THE RHODE ISLAND PUBLIC UTILITIES
COMMISSION and THE STATE OF RHODE ISLAND
Defendants

## PETITION FOR REMOVAL

To: The United States District Court for the District of Rhode Island

1. The State of Rhode Island and Providence Plantations, Division of Public Utilities and Carriers has been named as a Defendant in a Civil Action filed in Providence County Superior Court, C.A. No. 06-4358. Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about August 18, 2006.

3. That the above described action, as stated in plaintiff's complaint, is one of which this court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 and is one that may be removed to this court by defendants pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Respectfully submitted,

DEFENDANT
By Its Attorney General

PATRICK C. LYNCH
ATTORNEY GENERAL
Rebecca Tedford Partington
William Kent Lueker /bjRP

Rebecca Tedford Partington
Deputy Chief Civil Division
William Kent Lueker
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 exts. 2303 and 2299
Fax No. (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing by first class mail, postage prepaid on this 25th day of August, 2006 to:

Emili Vaziri, Esquire
Damon M. D'Ambrosio, Esquire
160 Plainfield Street
Providence, RI 02909

Melissa L. DiFonzo