# EXHIBIT "A"

**39-14-18**

**Statutes and Session Laws**

**TITLE 39 Public Utilities and Carriers**

**CHAPTER 39-14 Taxicabs and Limited Public Motor Vehicles**

**39-14-18 Proof of financial responsibility.**

---

## 39-14-18 Proof of financial responsibility.

(a) The owner of every taxicab or limited public motor vehicle shall, before operating or continuing to operate the taxicab or limited public motor vehicle on the public highways of this state, furnish to the division of motor vehicles, as the owner shall elect, either:

(1) A certificate of insurance issued by an insurance company authorized to transact business in this state, showing that the owner has a policy insuring him or her against liability for injury to persons and damage to property which may be caused by the operation of the taxicab or limited public motor vehicle, such policy to provide for indemnity in the sum of not less than twenty-five thousand dollars ($25,000) in the case of one person injured and not less than fifty thousand dollars ($50,000) in the case of injury to two (2) or more persons in any one accident, and indemnity of not less than ten thousand dollars ($10,000) for damage to property; or

(2) A certificate of the general treasurer of this state that the owner has filed in his or her office, a bond of a surety company authorized to transact business in this state, payable to the general treasurer, in the penal sum of at least twenty-five thousand dollars ($25,000), to indemnify any person who may be injured or whose property may be damaged as a result of the operation of the taxicab or limited public motor vehicle, and of any other taxicab or limited public motor vehicle belonging to the owner; or

(3) Evidence of the financial responsibility of the owner to answer, in an amount not exceeding fifty thousand dollars ($50,000) over and above his or her fixed liabilities, but including the fair value of all his or her real estate and tangible and intangible personal property, for injuries to persons or damage to property which may thereafter result from the operation of the taxicab or limited public motor vehicle, and of any other taxicab or limited public motor vehicle belonging to the owner, as the division may deem adequate; provided, however, that the division may, if satisfied after a hearing that the bond as given under subsection (a)(2) or the financial responsibility as shown by the statement filed in subsection (a)(3) are inadequate to protect the public order, require the owner to file a new or additional bond within the limits provided in this section unless the owner satisfies the registry of his or her financial responsibility in an amount up to fifty thousand dollars ($50,000) as provided in this section.

(b) The insurance and the bond shall be noncancelable by either party to the contract, except after five (5) days notice to the division of motor vehicles, furnished by the insurance company or the surety company. Any person aggrieved by any decision of the division made pursuant to the provisions of this section may, within ten (10) days after the rendition thereof, appeal to the sixth division of the district court for a review of the decision. The court shall, as soon as may be, give a summary hearing upon the appeal and shall have jurisdiction to affirm or reverse the decision, or make such order in the premises as to the court shall seem just, and the decision shall be subject to appeal to the supreme court in the same manner as provided for in civil actions. The court may make reasonable rules to insure a prompt hearing of the appeals and a speedy disposition thereof. The appeals shall not, however, operate as a suspension of any decision theretofore rendered by the division and all decisions shall continue in force and be operative unless reversed by the court. A party aggrieved by a final order of the court may seek review thereof in the supreme court by writ of certiorari in accordance with the procedures contained in § 42-35-16.

Lawriter Corporation. All rights reserved.

The Casemaker Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.