# EXHIBIT "B"

## 2006 Chapter 579 - S 2877Aam

**Statutes and Session Laws**

**Session Laws**

**2006 Session**

**2006 Chapter 579 - S 2877Aam**

---

Session Laws

**Chapter 579 - S 2877Aam**

Enacted 07/14/06

AN ACT RELATING TO PUBLIC UTILITIES AND CARRIERS

**Introduced By:** Senator William A. Walaska

**Date Introduced:** March 01, 2006

It is enacted by the General Assembly as follows:

SECTION 1. Section 39-14-18 of the General Laws in Chapter 39-14 entitled "Taxicabs and Limited Public Motor Vehicles" is hereby amended to read as follows:

**39-14-18. Proof of financial responsibility. --** (a) The owner of every taxicab or limited public motor vehicle shall, before operating or continuing to operate ~~the~~ a taxicab or limited public motor vehicle on the public highways of this state, furnish to the division of ~~motor vehicles, as the owner shall elect, either:~~

~~(1) A~~ public utilities and carriers, a certificate of insurance issued by an insurance company authorized to transact business in this state, showing that the owner has a policy insuring him or her against liability for injury to persons and damage to property which may be caused by the operation of the taxicab or limited public motor vehicle, such policy to provide for indemnity in the sum of not less than ~~twenty-five~~ three hundred thousand dollars ~~($25,000)~~ ($300,000) ~~in the case of one person injured and not less than fifty thousand dollars ($50,000) in the case of injury to two (2) or more persons in any one accident, and indemnity of not less than ten thousand dollars ($10,000) for damage to property; or~~ combined single limit, or two hundred fifty thousand dollars ($250,000) per person, five hundred thousand dollars ($500,000) per accident bodily injury and one hundred thousand dollars ($100,000) property damage split limit.

~~(2) A certificate of the general treasurer of this state that the owner has filed in his or her office, a bond of a surety company authorized to transact business in this state, payable to the general treasurer, in the penal sum of at least twenty-five thousand dollars ($25,000), to indemnify any person who may be injured or whose property may be damaged as a result of the operation of the taxicab or limited public motor vehicle, and of any other taxicab or limited public motor vehicle belonging to the owner; or~~

~~(3) Evidence of the financial responsibility of the owner to answer, in an amount not exceeding fifty thousand dollars ($50,000) over and above his or her fixed liabilities, but including the fair value of all his or her real estate and tangible and intangible personal property, for injuries to persons or damage to~~

~~intangible personal property, for injuries to persons or damage to property, or for causing the death of any person, which injury, death, or damage may result from or have been caused by the use or operation of a jitney by the owner thereof or his or her or its agents or employees.~~ The owner of every jitney shall, before operating or continuing to operate a jitney on the public highways of this state, furnish to the division of public utilities and carriers a certificate of insurance issued by an insurance company authorized to transact business in this state, showing that the owner has a policy that insures against liability for injury to persons and damage to property which may be caused by the operation of the jitney, such policy to provide for indemnity in the sum of not less than three hundred thousand dollars ($300,000) combined single limit or its equivalent split level.

SECTION 4. This act shall take effect upon passage.

---

Lawriter Corporation. All rights reserved.

The Casemaker Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.