**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAMON PEREZ,**
**Plaintiff**

**v.** **CA 06 378 ML**
**C.A. NO.**

**THE RHODE ISLAND PUBLIC UTILITIES COMMISSION and THE STATE OF RHODE ISLAND**
**Defendants**

**AFFIDAVIT OF FILING PETITION FOR REMOVAL WITH CLERK OF PROVIDENCE COUNTY SUPERIOR COURT**

To: The United States District Court for the District of Rhode Island

1. Rebecca Tedford Partington, Assistant Attorney General, Attorney for Defendant, State of Rhode Island does hereby depose and say that I have caused a copy of the Defendant's Petition for Removal of the above-captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with provisions of 28 U.S.C. 1446(d) by hand delivering copies of said Petition to the clerk this 25th day of August, 2006.

2. I further depose and say that I have given written notice of the filing of said petition to said parties by facsimile and first class mail with notice of said filing to:

Emili Vaziri, Esquire
Damon M. D'Ambrosio, Esquire
160 Plainfield Street
Providence, RI 02909

Rebecca Tedford Partington
Rebecca Tedford Partington
Deputy Chief Civil Division

Subscribed and sworn to before me this 25 day of August, 2006.

Carol A. Collins
Notary Public
My Commission Expires: 08/04/2009