**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAMON PEREZ,**
**Plaintiff**

**v.** **C.A. NO. 06-378**

**THE RHODE ISLAND PUBLIC UTILITIES COMMISSION and THE STATE OF RHODE ISLAND**
**Defendants**

**AFFIDAVIT**

Now comes Terry Mercer, Associate Administrator Motor Carrier Section of the Rhode Island Division of Public Utilities and Carriers, and states the following:

The Taxi insurance mandates were first put in place in the early 1920s and were left untouched until the late 1960s. They were increased to the $25,000/$50,000 limits in 1981 and left untouched again for 25 years until this most recent iteration approved by the General Assembly.

There are two ways to look at the numbers of certificate holders in RI, either total number of certificates issued (counting, for example, Airport Taxi three times to account for each certificate it holds) or total number of certificate holders (counting, for example, Airport Taxi just once as an individual/entity). Below is the breakdown of all certificate holders vs. "those of Latino extraction" under both scenarios:

94 total certificates issued with a total of 15 certificate holders of "Latino extraction."

OR

68 total certificate holders (entities) with 15 "Latino".

Many other taxicab companies already have increased the coverage in place or have gone about putting it in place in the past weeks. It was not necessarily easy for those companies to comply, but they did so nonetheless. Those who have done so are the ones who arguably are being harmed in that they have gone to the considerable expense of complying with the requirements of their regulated industry while others choose not to comply. That, I would argue, is more tangible "irreparable injury." Of the total number of companies with taxicab certificates of public convenience and necessity 68, counting each company or entity with multiple certificates only once), more than two-thirds, or 46 total, have already provided this agency with proof that they have obtained, or are obtaining, the new levels of insurance. Looking at companies authorized to operate in Providence, of the 46 companies with Providence authority, 29 have already provided this agency with proof that they have obtained, or are obtaining, the new levels of insurance. Included among those 29 Providence companies who have informed the Division that they are complying with the new insurance statute are New England Taxi, Inc., and Apolo Taxi, the two companies owned or controlled by Ramon Perez, the plaintiff in this case.

**Terence Mercer**
Associate Administrator for Motor Carriers
Division of Public Utilities and Carriers
State of Rhode Island and Providence Plantations

Subscribed and sworn to before me this 31st day of August, 2006.

Notary Public
My Commission Expires: 8/14/09