UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAMON PEREZ,

*Plaintiff,*

VS. : C.A. No.: 06-0378-ML

THE RHODE ISLAND PUBLIC UTILITIES COMMISSION and THE STATE OF RHODE ISLAND,

*Defendants,*

**PLAINTIFF, RAMON PEREZ' MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION**

NOW COMES the plaintiff, Ramon Perez, by and through counsel, and herewith moves this Honorable Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a Temporary Restraining Order, and thereafter, a Preliminary and Permanent Injunction, as prayed in the plaintiff's Verified Complaint, filed contemporaneously herewith. The plaintiff seeks this Honorable Court to restrain and enjoin the defendants, from implementing and/or otherwise enforcing S2877, amending the prior provisions of R.I. Gen Laws 39-14-8, until hearing on its adverse impact and the legality or constitutionality thereof.

As grounds therefor, the plaintiff incorporates by reference the factual statements as set forth in his Verified Complaint and the Memorandum of Law accompanying the same..

WHEREFORE, the plaintiff prays the foregoing relief as aforesaid.

Denied for reasons stated on the record

[signature]
USDJ
9/1/06

Plaintiff,
RAMON PEREZ,
By his Attorney,

[signature]

Emili Vaziri, Esquire (#4952)
160 Plainfield Street
Providence, RI 02909
(401) 944-6430
FAX: (401) 944-4161

***NOTICE OF HEARING:*** ***PLEASE TAKE NOTICE*** the within Motion shall be brought on for hearing on the _____ day of August, 2006, on plaintiff's Motion for a Temporary Restraining Order at ____ _.m., before a Judge or Magistrate of this Honorable Cause, and notice thereof shall be remitted to the defendants' counsel upon notification of the same.

[signature]
Emili Vaziri, Esquire

**CERTIFICATION**

I hereby certify that I caused to be served a true and correct copy of the within Motion, upon William Leuker, Esquire and Rebecca Partington, Esquire, bothe of the Department of the Attorney General, 150 South Main Street, Providence, RI 02903; RIPUC, legal Counsel, 88 Jefferson Boulevard, Warwick, RI 02888, and Division of Public Utilities, Legal Counsel, 89 Jefferson Boulevard, Warwick, RI 02889 by in hand service and via facsimile transmission, a copy of the same, this day, the 30th of August, 2006, to the above-named legal representatives of the named defendants.

[signature]