**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAMON PEREZ,**
**Plaintiff**

**v.** **C.A. NO. 06-0378 ML**

**THE RHODE ISLAND PUBLIC UTILITIES COMMISSION and THE STATE OF RHODE ISLAND**
**Defendants**

**STIPULATION OF DISMISSAL**

Now come the parties, by and through counsel, and agree that the above entitled action is hereby dismissed, no costs or fees to any party.

FOR THE PLAINTIFF,

*/s/ Emili Vaziri, Esq.*

______________________
Emili Vaziri, Esquire
160 Plainfield Street
Providence, RI 02909
(401) 944-6430
FAX: (401) 944-4161

FOR THE DEFENDANTS,

*/s/ Rebecca Tedford Partington*
*/s/ William Kent Lueker*

___________________________
Rebecca Tedford Partington
Deputy Chief, Civil Division
William Kent Lueker
Special Assistant Attorney General
150 S. Main St.
Providence, RI 02903
(401) 274-4400 ext. 2303
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I have mailed a true copy of the within Stipulation of Dismissal by first class mail, postage prepaid on this 7th day of November, 2006 to Emili Vaziri, Esquire, 160 Plainfield Street, Providence, RI 02909.

*/s/ Rebecca Tedford Partington*

__________________________________